COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Angelo  Clark v. Carla  Clark

Appellate case number:    01-13-00577-CV

Trial court case number:  2012-69700

Trial court:                    257th District Court of Harris County

On April 21, 2014, appellant, Angelo Clark, filed a Motion for Default Judgment.  The motion is **DENIED**.  However, as the time for appellee's brief to be filed has passed and proper notice of the late brief has been sent to the last known address for appellee (*See* Tex. R. App. P. 38.6(b)), the case has been set at issue and is eligible to be set for submission at any time.

It is so ORDERED.


Judge's signature:/s/ Rebeca Huddle
                          X  Acting individually      ☐  Acting for the Court


Date:  May 1, 2014